IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KNOW HOW, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERATED MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | 8:21CV130<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

  IT IS ORDERED that, for good cause shown, the parties' joint motion to extend is granted. (Filing No. 70). The unexpired deadlines in the final progression order are amended as follows:

1) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is March 14, 2023.

2) The deadline for filing motions to dismiss and motions for summary judgment is April 17, 2023.

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is April 17, 2023

4) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be

considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 28th day of November, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge