IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KNOW HOW, LLC,

               Plaintiff,

    vs.

FEDERATED    MUTUAL    INSURANCE
COMPANY,

               Defendant.

**8:21CV130**


**ORDER OF DISMISSAL**

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 79).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party to bear its own attorney fees, expert fees, related expenses, and costs.

Dated this 16th day of May, 2023.


BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge